IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:15cr38-MW/MAF
    4:18cv178-MW/MAF

DURRELL LEE,

*Defendant*.
_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 117. Upon consideration, with no objections having been filed by the parties,

**IT IS ORDERED**:

The Report and Recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 91, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on January 4, 2021.

                                               **s/Mark E. Walker           **
                                               **Chief United States District Judge**